IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ERVIN LOPEZ LUGO, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>ARAMARK CLEANROOM SERVICES (PUERTO RICO, INC.), ET AL.<br><br>Defendants | CIV. NO.: 16-2931 (SCC) |

**FINAL JUDGMENT**

As requested by the parties in their Stipulation of Dismissal at Docket No. 42, this case is dismissed with prejudice, without the imposition of costs or attorney's fees.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

In San Juan, Puerto Rico, this 12ʰ day of May, 2017.

S/ SILVIA CARREÑO-COLL
UNITED STATES MAGISTRATE JUDGE